USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KYEONGMIN AN, a/k/a CATHERINE AN,

    Plaintiff,

-against-

EDWARD FITZGERALD, a/k/a TED FITZGERALD, APFS LLC, d/b/a ADDISON GROUP, and ODYSSEY INVESTMENT PARTNERS LLC,

    Defendants.

1:20-cv-07380-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a letter from the parties informing the Court that the parties have reached a settlement in principle as to all claims in this matter [ECF No. 56]. Accordingly, IT IS HEREBY ORDERED that all deadlines and conferences are adjourned *sine die* and that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **September 13, 2021**. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  July 14, 2021
        New York, NY

**MARY KAY VYSKOCIL**
**United States District Judge**